United States District Court
Southern District of Texas

**ENTERED**

March 11, 2020

David J. Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DISTRICT

| | | |
|---|---|---|
| JUSTIN NIGH and JOSH SHUGLIE, Individually and on behalf of all others similarly situated, **Plaintiffs**, | § § § § § § | |
| V. | § § | CIVIL ACTION NO. 4:18-cv-01103 JURY TRIAL DEMANDED |
| ENERGY PROFESSIONALS GROUP, LLC and ATLANTIC ENERGY PARTNERS, LLC **Defendants**. | § § § § § | |

### ORDER GRANTING AGREED MOTION FOR APPROVAL OF
### CONFIDENTIAL SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE

On this day the Court considered the Parties' Agreed Motion for Approval of Confidential Settlement and Dismissal of Claims with Prejudice. After reviewing the Parties' Motion and supporting papers, including the Parties' Settlement Agreement, it is hereby:

ORDERED that the Motion is GRANTED in its entirety. It is further ORDERED that the Parties' Settlement Agreement is approved as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act. It is further ORDERED that the Parties' Settlement Agreement is permitted to be filed under seal. It is further ORDERED that the Plaintiffs' claims against Defendants are dismissed in their entirety and with prejudice to bear their own costs.

It is so ordered this 11th day of March, 2020.

_____
PRESIDING JUDGE